No. 78–5179.  SAYLOR ET AL. v. OVERBERG, CORRECTIONAL SUPERINTENDENT.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–5194.  YOUNG v. NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 78–5227.  DIAZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5251.  MCGUIRE v. UNITED STATES; and
No. 78–5288.  BLACKWELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 578 F. 2d 1379.

No. 78–5254.  WILLIAMS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 78–5260.  NAHAVANDI v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 78–5266.  KEARNS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–5395.  ROBINSON v. RICHARDSON, DISTRICT ATTORNEY OF CADDO PARISH, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–5398.  TYLER ET AL. v. GRADY, JUDGE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 78–5400.  D'AGOSTIN v. ENOMOTO, CORRECTIONS DIRECTOR.  C. A. 9th Cir.  Certiorari denied.

No. 78–5405.  HAWKINS v. CRIST, WARDEN, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 78–5413.  CORPUS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.